**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| **Gwenn M Boyle** | : | |
| | : | |
| | : | Case No.: **20-13217PMM** |
| | : | |
| Debtor(s) | : | Chapter 7 |

**NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS**

YOU ARE HEREBY NOTIFIED that the initial Section 341 Meeting of Creditors for the above-captioned case has been continued to **Monday, September 21, 2020 at 2:15pm**.

I HEREBY CERTIFY that a true and correct copy of this Notice was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims or, if no Proof of Claim has been filed, the address listed on the Credit Report.

Dated:  September 11, 2020                                         **SADEK AND COOPER,**
                                                          BY:     /s/ Brad J. Sadek, Esquire
                                                                  1315 Walnut Street, #502
                                                                  Philadelphia, PA 19107
                                                                  215-545-0008
                                                                  Counsel for Debtor(s)